Richard F. McGinty, OSB 86071
P.O. Box 12806
Salem, OR 97309
503-371-9636
Fax: 503-371-2879
richard@mcginty-belcher.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MELINDA L. KAYSER**,                                    Case No.:  6:13-cv-01983-MO

                                        Plaintiff,              ORDER

        v.

**COMMISSIONER OF SOCIAL SECURITY**,

                                        Defendant.

        This Court, having reviewed Plaintiff's Attorney's Declaration and Plaintiff's

Motion with supporting documentation, and having considered the Defendant's

response to Plaintiff's Motion, hereby finds that Plaintiff's Motion is well taken and

awards an EAJA attorney fee and costs in the amount of $5,171.61 pursuant to 28

U.S.C. § 2412, and costs in the amount of $0 pursuant to 28 U.S.C. § 1920, for at total

of $5,171.61, subject to debt owed the US Government described pursuant to the

Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

        If Plaintiff has no such debt then the EAJA check shall be made out to Plaintiff's

attorney and mailed to Plaintiff's attorney's at: P.O. Box 12806, Salem, OR 97309-

0806.  If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 3rd____ day of February 2015.

/s/Michael W. Mosman
United States District Court Judge

Presented by:
Richard F. McGinty OSB #86071
503-371-9636
Of Attorneys for Plaintiff